**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | Ely Shadina Diaz | ) Case No. 6:10-bk-18209-KSJ |
| | | ) |
| | | ) |
| | Debtor. | ) |
| | | ) |
| Address: | 3524 Stonefield Dr. | ) Chapter 7 |
| | Orlando, FL 32826 | ) |

---

**DEBTOR'S VERIFIED MOTION TO AVOID JUDICIAL LIEN**

---

> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Boulevard, Suite 950, Orlando, FL 32801, and serve a copy on the movant's attorney, Timothy L. Dave, P.O. Box 951535, Lake Mary, FL 32795, and any other appropriate persons.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Debtor, ELY SHADINA DIAZ, through counsel, commenced this case on October 11, 2010, by filing the above-numbered voluntary petition for relief under chapter 7 of Title 11, United States Code. (Doc. No. 1).

2. This motion is filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a judicial lien held by the creditor, 84 Lumber Company, LP, on real property used as the Debtor's residence.

3. On July 15, 2009, the creditor, 84 Lumber Company, LP, obtained a Final Judgment against the Debtor in the amount of $44,649.16, in the Orange County, Florida Circuit Court, Case No.: 2009-CA-16923. A copy of the Final Judgment is attached as Exhibit "A".

4. On or about August 5, 2009, the creditor obtained judicial lien in and on the real property used as the Debtor's residence at 3542 Stonefield Drive, Orlando, FL 32826. A copy of the Judgment Lien Certificate is attached as Exhibit "B".

5. The existence of the creditor's lien on the Debtor's real property impairs and clouds the property title.

**WHEREFORE**, the Debtor prays for an Order against the creditor, 84 Lumber Company, LP, for the cancellation and avoidance of the judicial lien on her residential real estate, and for such additional relief as the Court deems may be just and proper.

Respectfully submitted this 24th day of January, 2011.

/s/ Timothy L. Dave
Timothy L. Dave
Florida Bar No. 0025866
P.O. Box 951535
Lake Mary, FL 32795
Phone: (321) 281-5814
Fax:   (407) 688-1318
Attorney for Debtor

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion To Avoid the Judicial Lien has been furnished to all interested parties on the attached mailing matrix (obtained from the clerk's office within ten (10) days prior to the date of service), this 24th day of January, 2011.

/s/ Timothy L. Dave
Timothy L. Dave
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | Ely Shadina Diaz | ) Case No. 6:10-bk-18209-KSJ |
| | | ) |
| | | ) |
| | Debtor. | ) |
| Address: | 3524 Stonefield Dr. | ) Chapter 7 |
| | Orlando, FL 32826 | ) |

## UNSWORN DECLARATION IN SUPPORT OF DEBTOR'S VERIFIED MOTION TO AVOID JUDICIAL LIEN

I, Ely Shadina Diaz, declare under penalty of perjury that I have read the Debtor's Verified Motion to Avoid Judicial Lien and that it is true and correct to the best of my knowledge, information and belief.

_____     1|24|11
Ely Shadina Diaz                                    Date

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion To Avoid the Judicial Lien has been furnished to all interested parties on the attached mailing matrix (obtained from the clerk's office within ten (10) days prior to the date of service), this 24th day of January, 2011.

/s/ Timothy L. Dave
Timothy L. Dave
Attorney for Debtor

7/15/2009 1:09 PM FILED IN OFFICE LYDIA GARDNER CLERK OF CIRCUIT COURT ORANGE CO FL.

IN THE CIRCUIT COURT IN AND
FOR ORANGE COUNTY, FLORIDA
CASE NO. 09-CA-16923

84 LUMBER COMPANY, LP,
1019 Route 519, Eighty Four, PA 15330

```
DOC # 20090421270  B: 9906  P: 2442
07/23/2009 08:52:10 AM  Page 1 of 1
Rec Fee: $0.00   Doc Type: J
Martha O. Haynie, Comptroller
Orange County, FL
IO - Ret To: CLERK OF COURT - CIVIL
```

Plaintiff,

vs.

**FINAL JUDGMENT**

ELISA DIAZ and ELY S. DIAZ,

Defendants.
_____/

THIS CAUSE came on to be heard for entry of Final Judgment by reason of default by Defendant(s), and the Court noting that a default has been entered against Defendant(s) and that Plaintiff has proven its debt, and this Court has jurisdiction over the parties and the subject matter of this litigation, and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendants, ELISA DIAZ and ELY S. DIAZ,, are indebted to the Plaintiff, 84 LUMBER COMPANY, LP., for the following sums: principal $37,742.96, prejudgment interest $2,587.20, attorney's fees $3,949.00, and costs $370.00, for a total of $44,649.16, which interest shall accrue on this Judgment at the rate of eight percent (8%) per annum until fully paid, for which let execution issue.

IT IS FURTHER ORDERED AND ADJUDGED that the judgment debtor(s) shall complete under oath the attached Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, KOSTO & ROTELLA, P.A., 619 E. Washington Street, Orlando, FL 32801, within forty-five (45) days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further others that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney.

The Clerk shall issue a certified copy of the judgment without the attached Fact Information Sheet, for purposes of recording.

DONE AND ORDERED in Chambers at the Orlando, Orange County, Florida, this 15th day of July, 2009.

CIRCUIT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: LAWRENCE M. KOSTO, ESQ., Kosto & Rotella, P.A., (phone # 407 425-3456) Post Office Box 113, Orlando, FL 32802, and to ELISA DIAZ and ELY S. DIAZ, 3524 Stonefield Drive, Orlando, FL 32826, this 15 day of July, 2009.

By_____
Judicial Assistant/Attorney

**Document recorded as presented.**
**Orange County, FL Comptroller**



EXHIBIT "A"

## JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, FLORIDA STATUTES.

DO NOT PHOTOCOPY THIS FORM PRIOR TO USE.
BAR CODE MUST BE LEGIBLE.

**J09002096948**
FILED
Aug 05, 2009 08:00 A.M.
Secretary of State
SMSEARCY

1. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF AN INDIVIDUAL, IS:
   - LAST NAME: Diaz
   - FIRST NAME: Elisa
   - M.I.:
   - MAILING ADDRESS: 3524 Stonefield Drive
   - CITY: Orlando,
   - ST: FL
   - ZIP: 32826

2. ADDITIONAL JUDGMENT DEBTOR, IF AN INDIVIDUAL, IS:
   - LAST NAME: Diaz
   - FIRST NAME: Ely
   - M.I.: S.
   - MAILING ADDRESS: 3524 Stonefield Drive
   - CITY: Orlando,
   - ST: FL
   - ZIP: 32826

3. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF A BUSINESS ENTITY, IS:
   - BUSINESS ENTITY NAME:
   - MAILING ADDRESS:
   - CITY: / ST: / ZIP:

4. FEDERAL EMPLOYER IDENTIFICATION NUMBER:
5. DEPARTMENT OF STATE DOCUMENT FILE NUMBER:
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE ☐

J09002096948
08/05/09--01034--001  **25.00

6. JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT OR CURRENT OWNER OF JUDGMENT, IF ASSIGNED:
   - CREDITOR NAME(S): 84 Lumber Company, LP
   - MAILING ADDRESS: 1019 Route 519
   - CITY: Eighty Four,
   - ST: PA
   - ZIP: 15330

7. DEPARTMENT OF STATE DOCUMENT FILE NUMBER: B96000000136
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE ☐

THIS SPACE FOR USE BY FILING OFFICER

8. OWNER'S ATTORNEY OR AUTHORIZED REPRESENTATIVE: (ACKNOWLEDGMENT OF FILING WILL BE SENT TO THIS ADDRESS)
   - NAME: Kosto & Rotella, P.A.
   - MAILING ADDRESS: P.O. Box 113
   - CITY: Orlando,
   - ST: FL
   - ZIP: 32802

9. AMOUNT DUE ON MONEY JUDGMENT: $44,649.16
10. APPLICABLE STATUTORY INTEREST RATE: 8%

11. NAME OF COURT: CIRCUIT COURT, ORANGE COUNTY, FLORIDA
12. CASE NUMBER: 09-CA-16923
13. DATE OF ENTRY: JULY 15, 2009

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Judgment Lien Certificate for filing.

SIGNATURE OF CREDITOR OR AUTHORIZED REPRESENTATIVE          PRINT NAME: LAWRENCE M. KOSTO

**NON-REFUNDABLE PROCESSING FEE:**
JUDGMENT LIEN WITH ONE DEBTOR $20.00          EACH ADDITIONAL DEBTOR $5.00
EACH ATTACHED PAGE, IF NECESSARY $5.00       (NO CHARGE FOR CREDITOR AFFIDAVIT)

**CERTIFIED COPY REQUESTED $10.00** ☐

Division of Corporations • P.O. Box 6250 • Tallahassee, Fl 32314 • 850-656-7463

CR2E.091 (04/08)

EXHIBIT "B"

Florida Default Law Group,
9119 Corporate Lake Drive
Ste: 300
Tampa, FL 33634-2380

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GS Services Limited
Partnership Collection
6330 Gulfton
Houston, TX 77081-1108


Gemb/chevron
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JP Morgan Chase Bank, National Association
PO Box 201347
Arlington, TX 76006-1347

Law Offices Pollack & Rosen
800 Douglas Rd N. Tower
Ste: 450
Miami, FL 33134-3125

Law Offices of Alan Laskin
9381 East Stockton Blvd
Ste: 116
Elk Grove, CA 95624-5069


Marshall C. Watson
1800 NW 49th Street
Ste: 120
Fort Lauderdale, FL 33309-3092

Midland Credit Management
Po Box 939019
San Diego, CA 92193-9019

NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044-2368


NCO Financial Systems
Attn: Bankruptcy
Po Box 15760
Dept 07
Wilmington, DE 19850-5760

NCO Financial Systems, Inc
200 S. Executive Dr.
3rd Floor
Brookfield, WI 53005-4216

NES/National Enterprise Sys
29125 Solon Road
Solon, OH 44139-3442


National Credit, Inc
2015 Vaughn Rd
Ste: 400
Kennesaw, GA 30144-7802

National Rec Properties
1 Mauchly
Irvine, CA 92618-2305

National Recovery Agen
4201 Crums Mill Rd
Harrisburg, PA 17112-2893


Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Paragonway
2101 West Ben Whit
Austin, TX 78704-7516

Planet Fitness
204 Sausalito Blvd
Casselberry, FL 32707-5720


Professional Recovery Serv
PO Box 1880
Voorhees, NJ 08043-7880

Sams Club
Attention: Bankruptcy Department
Po Box 105968
Atlanta, GA 30348-5968

Suntrust Mortgage/cc 5
Attention: Bankruptcy
Po Box 85092
Richmond, VA 23286-0001


United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801-2440

Us Dept Of Education
Po Box 5609
Greenville, TX 75403-5609

Victoria's Secret
Po Box 182124
Columbus, OH 43218-2124


WAMU/Chase/Midland Funding
PO Box 15298
Wilmington, DE 19850-5298

WFNNB
Po Box 182686
Columbus, OH 43218-2686

Wagner & Hunt, PA
PO Box 934788
Pompano Beach, FL 33093-4788

| | | |
|---|---|---|
| Wamu/ Midland Funding<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Wells Fargo<br>Attn: Collection Servicing, 1st Floor, M<br>Po Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 |
| Wfnnb/american Signatu<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Ely Shadina Diaz<br>3524 Stonefield Dr<br>Orlando, FL 32826-4285 | Robert E Thomas<br>Post Office Box 5075<br>Winter Park, FL 32793-5075 |
| Timothy L Dave<br>The Law Office of Timothy L Dave PA<br>PO Box 951535<br>Lake Mary, FL 32795-1535 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| (d)Fairwinds Credit Union<br>2475 Sand Lake Rd<br>Orlando, FL 32809 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Us Dept Of Ed/glelsi | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    1<br>Total                67 |