ORDERED.

Dated:  September 25, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| ELY SHADINA DIAZ, ) | Case No. 6:10-bk-18209-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER DIRECTING PAYMENT OF FEES, VACATING PRIOR IMPROPERLY ENTERED ORDER, AND REOPENING CASE IF CERTAIN CONDITIONS ARE MET**

This case came before the Court on August 23, 2017, for a trial on the Debtor's Motion to Reopen Case[1] and Creditor 84 Lumber Company's Motion for Recovery of Attorney Fees and Costs if the Court Finds 84 Lumber Company's Debt is Subject to Discharge.[2] The Court gave an oral ruling at the trial but gave the Parties time to potentially settle the dispute. The Parties were given a deadline of 5:00 p.m. on September 8, 2017, to file a notice of settlement. No notice has been filed. Therefore, this order incorporates the findings of fact and conclusions of law made at the trial pursuant to Federal Rule of Bankruptcy Procedure 7052. Accordingly, it is

**ORDERED:**

---

[1] Doc. No. 49, 77.
[2] Doc. No. 65, 72. Creditor 84 Lumber also filed a "Declaration" to authenticate business records and Motion to take Judicial Notice. Doc. No. 74.

1. Debtor is directed to pay the attorney fees and costs incurred by Mr. Raymond Rotella and his law firm Kosto & Rotella, P.A. in the amount of $6,557.82 within 30 days of entry of this order for legal services required by the Debtor's failure to properly include and notice Creditor 84 Lumber Company of actions taken in this bankruptcy case.

2. If the Debtor timely pays the attorney fees and costs, the Motion to Reopen[3] is granted and the Clerk is directed to reopen this case.

3. Regardless of whether the case is reopened, the Court *sua sponte* vacates the Order Granting Motion to Avoid Lien of 84 Lumber Company[4] and denies the Motion to Avoid Judicial Lien of 84 Lumber Company[5] without prejudice. The Motion and Order affecting the rights of Creditor 84 Lumber Company was entered with no notice or appropriate due process.

5. The Motion to take Judicial Notice and Declaration to Authenticate Business Records[6] is denied as moot.

###

The Clerk is directed to serve a copy of this order on all interested parties.

---

[3] Doc. No. 49.
[4] Doc. No. 43.
[5] Doc. No. 26.
[6] Doc. No. 74.