UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ELY SHADINA DIAZ

Debtor.

_____/

Case No.: 6:10-bk-18209-KSJ
Chapter 7

## MOTION FOR ORDER DENYING THE DEBTOR'S MOTION TO REOPEN CASE AND TO DECLARE THE DEBT OF 84 LUMBER COMPANY TO BE NON-DISCHARGEABLE UNDER 11 U.S.C. §523(a)(3)

COMES NOW 84 LUMBER COMPANY, by and through its undersigned attorneys, and files this Motion for Order denying the Debtor's Motion to reopen case and to declare the debt of 84 Lumber Company to be non-dischargeable under 11 U.S.C. §523(a)(3), and as grounds therefor will show:

1. On Setpember 25, 2017, the court entered the Order directing payment of fees, vacating prior improperly entered Order, and reopening case if certain conditions are met (Doc. #84)("Order").

2. The Debtor was given an opportunity to reopen the case if she complied with the Order.

3. The Debtor has failed to do any of the items the Court required as conditions to reopening the estate.

4. In order to prevent later motions being filed to stop 84 Lumber Company

-1-

proceeding to collect its State Court Judgment, 84 Lumber Company requests the Court enter two Orders as follows:

A) An Order finding the 84 Lumber Company debt is a non-dischargeable debt under 11 U.S.C. §523(a)(3) and not impacted by this bankruptcy filing.

B) The Debtor's Motion to reopen the case is denied.

WHEREFORE, 84 Lumber Company requests the Court enter the Orders requested in paragraph four (A) and (B) of this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties receiving notice via ECF and has been furnished by Email to: Ely Shadina Diaz c/o Timothy L. Dave, Esq. (timothydavelaw@yahoo.com) and Robert E. Thomas, Trustee (rthomastrustee@gmail.com), this 9th day of November, 2017.

RAYMOND J. ROTELLA, ESQUIRE of
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
Rrotella@kostoandrotella.com
Dmeyer@kostoandrotella.com
Attorneys for 84 Lumber Company